IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LINDA S. WOODS**, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:10-CV-1500-L** |
| § | |
| **MICHAEL J. ASTRUE**, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER

This is a social security case. Plaintiff Linda S. Woods ("Plaintiff" or "Woods") filed this action seeking judicial review of a final decision of the Commissioner of Social Security (the "Commissioner"), who denied her claims for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act ("Act") and for Supplemental Security Income ("SSI") under Title XVI of the Act. The Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the "Report") was filed on July 28, 2011. Plaintiff filed no objections to the Report.

Plaintiff contests the findings of the administrative law judge ("ALJ") who considered her case, arguing that the ALJ: (1) failed to properly evaluate her under the *per se* disabling medical listings; (2) failed to properly weigh the medical source opinions; (3) failed to properly consider Plaintiff's obesity; (4) failed to properly evaluate Plaintiff's credibility; and (5) relied upon flawed Vocational Expert testimony. The magistrate judge, after a careful analysis, determined that the ALJ's decision and related findings were not supported by substantial evidence in the record. The magistrate judge further determined that the ALJ misapplied the proper legal standards in weighing medical source opinions by not indicating what weight was given to any of the medical sources of

record. The magistrate judge held that the ALJ failed to show good cause for disregarding the medical source opinions. The magistrate judge concluded that the case should be reversed and remanded for reconsideration. Although the magistrate judge did not find it necessary to address Plaintiff's remaining arguments, the magistrate judge expressed concern that the ALJ made a cursory analysis with respect to weighing the various medical opinions and which facts he found compelling.

After making an independent review of the complaint, record, filings, and applicable law, the court **determines** that the findings and conclusions of the magistrate judge are correct, and they are **accepted** as those of the court. The decision of the Commissioner is **reversed** and **remanded** to him for reconsideration and further proceedings consistent with this order.

**It is so ordered** this 30th day of August, 2011.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge